# Court of Appeals
# of the State of Georgia

ATLANTA, August 30, 2016

*The Court of Appeals hereby passes the following order*

**A17D0011. CONNIE JUNE DANIEL et al. v. REPUBLIC SERVICES OF GEORGIA LP d /b/a UNITED WASTE SERVICES et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11C06439



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 30, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*